Jordon Harlan, Esq. (CA #273978)
**HARLAN LAW, P.C.**
2404 Broadway, 2nd Floor
San Diego, CA 92102
Telephone: (619) 870-0802
Fax: (619) 870-0815
Email: jordon@harlanpc.com

Kenneth W. Pearson, Esq. (MN #016088X)
*Admitted Pro Hac Vice*
Adam J. Kress, Esq. (MN #0397289)
*Admitted Pro Hac Vice*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
Email: kpearson@johnsonbecker.com
Email: akress@johnsonbecker.com

*Attorneys for Plaintiff Tiffany Bluitt*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY BLUITT, an individual, <br><br>Plaintiff, <br><br>v. <br><br>TABLETOPS UNLIMITED, INC. d/b/a TTU, a California Corporation, <br><br>Defendant. | Case No.: CV 21-5732-JFW(SKx) <br><br> Complaint filed: July 15, 2021 <br><br> Assigned to Hon. Judge John F. Walter <br><br> **NOTICE OF SETTLEMENT** |

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement.

1

| | |
|---|---|
| | **JOHNSON BECKER, PLLC** |
| Dated: April 18, 2022 | */s/ Adam J. Kress, Esq.* |
| | Kenneth W. Pearson, Esq. (MN #016088X) |
| | *Admitted Pro Hac Vice* |
| | Adam J. Kress, Esq. (MN #0397289) |
| | *Admitted Pro Hac Vice* |
| | 444 Cedar Street, Suite 1800 |
| | St. Paul, MN 55101 |
| | Telephone: (612) 436-1800 |
| | Fax: (612) 436-1801 |
| | Email: kpearson@johnsonbecker.com |
| | Email: akress@johnsonbecker.com |
| | |
| | *In association with*: |
| | |
| | **HARLAN LAW, P.C** |
| | |
| | Jordon Harlan, Esq. (CA #273978). |
| | 2404 Broadway, 2nd Floor |
| | San Diego, CA 92102 |
| | Telephone: (619) 870-0802 |
| | Fax: (619) 870-0815 |
| | Email: jordon@harlanpc.com |

# CERTIFICATE OF SERVICE

On April 18, 2022, I caused to be served the following document(s):

By the following method of service:

NOTICE OF SETTLEMENT

☒  **BY ELECTRONIC MAIL ADDRESED AS FOLLOWS:**

FRED TRUDEAU (SBN 213292)
NICOLE van KLAVEREN (SBN 138561)
SIMS, LAWRENCE & ARRUTI
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: fred@sims-law.net; nicolevk@sims-law.net

Executed on April 18, 2022, at Saint Paul, Minnesota. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Dated: April 18, 2022          /s/ Adam J. Kress, Esq.